# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SCHREIBER, an individual,<br><br>              Plaintiff,<br><br>     v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No.:  2:22-cv-07740-AB-RAO<br><br>Complaint Filed: September 8, 2022<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Having reviewed the parties' Stipulation of Dismissal, the Court hereby **DISMISSES with prejudice** all claims in the above-captioned action. Each party is to bear its own fees and costs.

   **IT IS SO ORDERED.**

Dated:  January 23, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE